UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-124-T-30EAJ

NEANG PROM
a/k/a "Pocahontas"

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 1594(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), for a Preliminary Order of Forfeiture for the following assets:

    a.    a Dell Inspiron 9300 computer, Serial Number: 64VFW81, with power cable and mouse;

    b.    a Samsung Digital Camera, Serial Number: 971021641;

    c.    8 SD cards;

    d.    an ACER Aspire M1100 desktop computer, Serial Number: PTS890X1338200381A2703;

    e.    an HP Pavilion A420N computer, Serial Number: MXK3501PZP;

    f.    ACER Veriton 7500 desktop computer, Serial Number: PS007472973210002AEH00;

    g.    Dell Dimension 4550 computer, Serial Number: 2SBJV21; and

    h.    Compaq Armada laptop, Model 1520DM, Serial Number: J7228M57V632.

Defendant Neang Prom pleaded guilty and was convicted of one Count of sex trafficking of minors, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(2) and (c), all in

violation of 18 U.S.C. § 1594(c).  Doc. 30.  The Court finds that the United States has established the requisite nexus between the property described above and the defendant's offense of conviction.

Accordingly, it is hereby ORDERED and ADJUDGED that:

The motion of the United States (Doc. 49) is GRANTED.  Pursuant to 18 U.S.C. § 1594(d), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), all of the defendant's right, title, and interest in the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).  Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 32 at 9), the order of forfeiture shall be final as to defendant Neang Prom's interest in the above described assets at the time it is entered.

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets, and to adjudicate any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 30, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cr-124.forfeit 49.wpd